USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 07/30/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE SUBPOENA SERVED ON TRPG | 26-MC-330 (GHW) (BCM)<br>**ORDER** |

**BARBARA MOSES, United States Magistrate Judge.**

The above-captioned matter concerns Competitive Access Systems, Inc.'s (CAS) motion (Motion) to modify or partially quash a third-party subpoena served on TRGP Operating Company, LP (TRGP) by Red Hat, Inc. (Red Hat) in an out-of-district action where Red Hat is the plaintiff/counterclaim defendant and CAS is the defendant/counterclaim plaintiff (*Red Hat, Inc. v. Competitive Access Systems, Inc.*, No. 5:24-cv-00505-DBM (E.D.N.C.)). The matter was referred to me on July 7, 2026, for general pretrial management and report and recommendation on a dipositive motion. (Dkt. 11.)

On July 22, 2026, Red Hat filed a memorandum of law in opposition to the motion (Opposition Memorandum), attaching 17 exhibits (*see* Dkts. 14, 15), as well as a motion to seal certain of the exhibits "based on Red Hat's understanding that they may contain CAS and/or TRGP's confidential business and otherwise privileged information." Sealing Mot. (Dkt. 16) at 2. The Sealing Motion specifically notes that sections of five pages in its Opposition Memorandum and Exhibit 1 (Dkt. 14-1) contain CAS and/or TRGP confidential or privileged information. *Id.* On July 27, 2026, CAS filed a letter in support of the Sealing Motion, endorsing sealing as to the Opposition Memorandum and Exhibit 1. (Dkt. 20.)

TRGP has not, however, submitted anything regarding its position on the Sealing Motion. If TRGP wishes to inform the Court of its position, it must do so no later than **August 3, 2026**. CAS must serve this Order on TRGP and promptly file proof of such service on the docket.

Dated: New York, New York
July 30, 2026

**SO ORDERED**.

**BARBARA MOSES**
**United States Magistrate Judge**