USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 08/20/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE SUBPOENA SERVED ON TRPG

26-MC-330 (GHW) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

I have received the letter from counsel for Competitive Access System's, Inc. (CAS), dated August 19, 2026, requesting the "continued sealing and/or redaction of portions" of certain documents filed by third-party TRGP Operating Company, LP (TRGP). (Dkt. 27.) The letter, however, does not cite to any docket number for TRGP's documents, and, as far the Court can tell, none of them has actually been filed on the docket, as required by Section 3 of my Individual Practices (available at https://www.nysd.uscourts.gov/hon-barbara-moses) and Section 6 of the Southern District of New York Electronic Case Filing Rules (available at https://www.nysd.uscourts.gov/rules/ecf-related-instructions). CAS and TRGP are directed to review these rules and proceed accordingly.

Dated: New York, New York
August 20, 2026

**SO ORDERED**.

**BARBARA MOSES**
**United States Magistrate Judge**