USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 09/03/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE SUBPOENA SERVED ON TRPG

26-MC-330 (GHW) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On June 30, 2026, Competitive Access Systems, Inc. (CAS) filed the above-captioned miscellaneous matter, asking this Court to modify or partially quash a third-party subpoena (Subpoena) served on TRGP Operating Company, LP (TRGP) by Red Hat, Inc. (Red Hat) in an out-of-district action in which Red Hat is the plaintiff/counterclaim defendant and CAS is the defendant/counterclaim plaintiff. *See Red Hat, Inc. v. Competitive Access Systems*, Inc., No. 5:24-cv-00505-DBM (E.D.N.C.) (the EDNC Action).

On August 14, 2026, TRGP filed a separate miscellaneous matter in this District, captioned *In re TRGP Operating Company, LP*, No. 1:26-MC-411-GHW-BCM (S.D.N.Y.) (the Related SDNY Action), also asking this Court to quash the Subpoena.

On August 28, 2026, the parties in the Related SDNY Action filed a Proposed Stipulation and Order, reporting that the EDNC Action has been indefinitely stayed "pending the United States Patent and Trademark Office's *ex parte* examination of the patents at issue in the" EDNC Action. Related SDNY Action Dkt. 26 at 1. The parties thus stipulated that the Subpoena is withdrawn and the Related SDNY action is voluntarily dismissed without prejudice. *Id.* at 2.

Since the Subpoena has been withdrawn, the above-captioned matter – which seeks solely to modify or partially quash the Subpoena – is now moot. CAS and Red Hat are hereby directed to file, no later than **September 16, 2026**, a similar proposed stipulation or, in the alternative, inform the Court why they believe this matter should not also be dismissed without prejudice.

Dated: New York, New York
September 3, 2026

**SO ORDERED**.

**BARBARA MOSES**
**United States Magistrate Judge**